Unsealed per May, Judge Sharp on 2/17/11 @ 3:20 p.m.

SEALED

FILED
MAY 23 2005

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:05CR 176 -1
:
EARL DELVILLE HODGE, :
also known as Robert Earl Hodge,:
Earl Hodge and Bob Hodge :

The Grand Jury charges:

From in or about 1996, up to and including 2002, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, the Southern District of Florida, the Southern District of Georgia, the United States Virgin Islands, the British Virgin Islands, Colombia and Venezuela, South America, and elsewhere, EARL DELVILLE HODGE, also known as Robert Earl Hodge, Earl Hodge and Bob Hodge, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

A TRUE BILL:

_____
FOREPERSON

*Sandra J. Hairston* (signature)
SANDRA J. HAIRSTON
ASSISTANT UNITED STATES ATTORNEY

*Anna Mills Wagoner* (signature)
ANNA MILES WAGONER
UNITED STATES ATTORNEY

A True Copy
Teste:
John S. Brubaker, Clerk
By: *Carol Butler* (signature)
Deputy Clerk

- 2 -